1  René L. Barge – State Bar No. 182317
   Gregory G. Petersen – State Bar No. 77744
2  Katherine J. Odenbreit – State Bar No. 184619
   **BARGE, PETERSEN & ODENBREIT LLP**
3  18301 Von Karman Avenue, Suite 330
   Irvine, California 92612
4  Telephone:  949-335-3500
   Facsimile:  949-313-7849
5  rbarge@bpolawyers.com
   greg@bpolawyers.com
6  kodenbreit@bpolawyers.com

7  Attorneys for Plaintiffs DALAL ABEDRABO (also known as Dalal Abuzayyad),,
   STEPHEN CORONADO, SHANTAL CORRAL, DAVID FLORES, BRIAN
8  HICKS and ABDUL H. KAKAR

9                    **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION**

| | |
|---|---|
| DALAL ABEDRABO, STEPHEN CORONADO, SHANTAL CORRAL, DAVID FLORES, BRIAN HICKS and ABDUL H. KAKAR, RONALD ACERO, MIGUEL ALVARADO, RAYMOND AMADSO, MARJAN AMIRIDAVANI, JEFFREY AMO, DAVID ANAYA, TONNY ANDES, BRYAN ANDRADE, NII OBLIE ARDAYFIO, FRED ASSI, JACOB BELMONTES, RAFAEL BERRIOS, CASEY BLACK, BRYAN BLUMENSHINE, ARCHIE BOOKER, MARVELL BOWLES, CASEY BROWN, DAVID BULLOCK, MICHAEL BURKE, JEREMIE BUTLER, DAVID BUTLER JR., ELEXIS BUTTER, JASON CAMPOS, YOLANDA CARBAJAL, GERMAIN CARRENO, RYAN CASH, OLIVER CAYTON, LADELL CLARK, KEITH CLEMENTS, BRYAN COLEMAN, RY AN COLLINS, PHYLLIS CONWAY, DOMENICA CORONEL, MIRIAM COURTNEY, EBONY COVINGTON, KELLY COX, DEANNA D'ADDARIO, DORY DALLUGGE, DAVID DAVIS JR., JACQUELINE DE PUCCI, JUAN DELGADO, ARNOLD DIAZ, ALEX DAI DO, MICHAEL DONG, CHRISTINE DONGELL, MOHAMED ELHOSAINY, NASHWA | Case No. SACV 11-01388-DOC (RNBx) **CLASS ACTION** **JOINT STIPULATION TO CONTINUE ALL CASE DEADLINES IN THE ACTION BY 60 DAYS IN ORDER TO ALLOW THE PARTIES TIME TO ENGAGE IN PRELIMINARY SETTLEMENT DISCUSSIONS** |

1

| | |
|---|---|
| 1 | ELKHATTA, RANI ELSAADI, RODNEY ESPINAL, GABRIEL ) |
| 2 | ESTRADA, NICHOLAS FENNESSY, NOEMI FLORES, TERESA FLORES, ) |
| 3 | CHARLES FONSECA, JERED FRIEDLAND, SHAUNA FROST, ) |
| 4 | LESLIE FUENTES, JUAN M. GALLEGOS, TINA GAMBRELL, ) |
| 5 | BETTY GARY, AMANDEEP GILL, CHARANPREET GILL, LOUIS ) |
| 6 | GILSON, MIERAF GIRMA, CHRISTOPHER GOLDEN, ASHLEY ) |
| 7 | GOMEZ, JIM GOMEZ, RYAN GONSALVES, RAYMOND ) |
| 8 | GONZALES, JENNIFER GONZALEZ, CHRIS GRADO, ) |
| 9 | KUMAYA GRANT, KELLY GRIFFIN, ANTHONY GUIDRY, ) |
| 10 | HEATHER GUTIERREZ, YARA GUZMAN, ZULFIKHAR HAI, ) |
| 11 | MAHRISSA HANSEN, STANLEY HANSEN, PAUL HANSEN-CUZICK, ) |
| 12 | JASON G. HARRIS, ASIF HASSAN, ANDREW HEBENSTREIT, ) |
| 13 | CHRISTOPHER HELDOORN, JANICE HEREDIA, JUAN ) |
| 14 | HERNANDEZ, MICHAEL HERVILLA, KEVIN HO, LAM ) |
| 15 | HOANG, DAVID HOBDY, AARON HODGES, EDIE HOGAN, PREVIN ) |
| 16 | HOLLINGSWORTH, KAREN HOOK, KARL HORNE, LILLIAN HUANG, ) |
| 17 | JONATHAN HUGGER, TAYLOR HUNT, BRIANA ISIDRO, JASON ) |
| 18 | JACKSON, DANIEL JAMES, ELDRIDGE JOHNS, DANNIE ) |
| 19 | JOHNSON, JEREMY JONES, MARCUS KAM, ERIK ) |
| 20 | KARIBKHANYAN, HUY KIEU, KELLY KLOCKENTEGER, ADAM ) |
| 21 | KOBI, JASON LAUTENSCHLEGER, BILLY LEI, SABRINA ) |
| 22 | LEVENGOOD, MIGUEL LOPEZ, COLIN LOYD, DANIEL LUGIOYO, ) |
| 23 | STEPHANIE LYNN, SUZETTE MAGGIORE, WASSIM MANAA, ) |
| 24 | SHEENA MANIMTIM, CHRISTOPHER MANN, KURTIS ) |
| 25 | MARTIN, CHRISTOPHER MARTINEZ, ELI MARTINEZ, ) |
| 26 | MARIO MARTINEZ, CHRISTINA MATTHEWS, JAMIE MCKEE, ) |
| 27 | KELLY MEDEIROS, ALBERTO MEDRANO, ANGELA MEISNER, ) |
| 28 | |

JOINT STIPULATION TO CONTINUE ALL CASE DEADLINES IN THE ACTION BY 60 DAYS IN ORDER TO ALLOW THE PARTIES TIME TO ENGAGE IN PRELIMINARY SETTLEMENT DISCUSSIONS /SACV 11-01388-DOC (RNBx)

| | |
|---|---|
| 1 | VERONICA MENDOZA, LISA MEYER, TIMOTHY MEYER, |
| 2 | ALFREDO MIRANDA, HESSAM MOHAMMADI, JOHN MOLLE, |
| 3 | MARCO MONTES, DENISE MORGAN, BRADLEY MOTON, |
| 4 | MARC MYERSON, TENIKA NELSON, RHIANNON NIX, |
| 5 | ANTHONY NYSER, PATRICK OLIVA, CUONG ONG, ARMANDO |
| 6 | ORTIZ, VANESSA ORTIZ, SUREN PLAVJIAN, GRANT POGHOSYAN, |
| 7 | ALFONSO QUINTERO, JONATHAN QUINTERO, KHURAM RAJA, |
| 8 | VANESSA RAMIREZ, SUKHCHAIN RANDHAWA, JASON RATZLAFF, |
| 9 | JASON REYES, JEREMY RICHARDSON, HECTOR RIVERA, |
| 10 | JOSE RODRIGUEZ, DALEN ROLFE, THOMAS ROMERO, CESAR RUIZ, |
| 11 | HAMZA SABHA, OMAR SABHA, MELISSA SALCIDO, RAFAEL |
| 12 | SALGADO, NICHOLAS SANTOS, ARIE SATARI, WALTER |
| 13 | SCHOONMAKER, ERIC SCHUERMANN, AARON |
| 14 | SCHULMAN, TAMARA SCOTT, AMBER SEGURA, GUY S. |
| 15 | SENDELSKY, ABDULLAH SERHAL, TREVOR SHUFF, |
| 16 | MARILYN SIMEON, BILLY SIMMS, CATHERINE SIMS, MIAH SIMS, |
| 17 | TANYA SLANKARD, TIFFANY SMITH, FLORDELIZ SPARKS, |
| 18 | CHRISTOPHER STEPHENS, JASON STRAND, TOMMY STYLES, |
| 19 | MICHAEL SULLIVAN, JUBEDA SULTANA, JONATHAN TAM, |
| 20 | SCOTT TANIMOTO, ISAAC TANNER, PHUONG TONG, |
| 21 | ASHLEY TORRES, MARIO TORRES, WENDY TRAMMER, |
| 22 | JOYCE TRAVIS, JAMALA VAIL, RUBEN VALDEZ, LISA VALLE, |
| 23 | KEVIN VINCENT, MICHAEL VISCARA, CHEUK WAN, DIANE |
| 24 | WASSERMAN, TIMOTHY WHICKER, TRIVAIRE WILLIAMS, |
| 25 | MARIA WILSON, MEGAN WILSON, FRAZIER WONG, BODIE WOOD, |
| 26 | I'LA WYLIE, SHIRZAD YAMINI, MAHBOD ZARGAR, JESUS |
| 27 | ZEPEDA, PHYLLIS CONWAY, DAISHA JIMINEZ, and LORI DEILY |
| 28 | |

JOINT STIPULATION TO CONTINUE ALL CASE DEADLINES IN THE ACTION BY 60 DAYS IN ORDER TO ALLOW THE PARTIES TIME TO ENGAGE IN PRELIMINARY SETTLEMENT DISCUSSIONS /SACV 11-01388-DOC (RNBx)

| | |
|---|---|
| 1 | Plaintiffs, ) |
| 2 | ) |
|   | vs. ) |
| 3 | ) |
|   | AT&T MOBILITY SERVICES LLC, a ) |
| 4 | Delaware Limited Liability Company ) |
|   | and DOES 1-10, ) |
| 5 | ) |
|   | Defendants. ) |
| 6 | |

The parties in this action respectfully move this Court for an order continuing all applicable and statutory case deadlines, which include but are not limited to, all deadlines imposed by the Federal Rules of Civil Procedure, Local Rules and Judge's Orders, by sixty (60) days in order to allow the parties time to complete preliminary settlement discussions that started after the complaint was filed. The parties are proceeding in good faith with no purpose of unwarranted delays.

//

//

//

//

//

//

4

JOINT STIPULATION TO CONTINUE ALL CASE DEADLINES IN THE ACTION BY 60 DAYS IN ORDER TO ALLOW THE PARTIES TIME TO ENGAGE IN PRELIMINARY SETTLEMENT DISCUSSIONS /SACV 11-01388-DOC (RNBx)

| | | |
|---|---|---|
| 1 | Dated: November 22, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | /S/ Katherine J. Odenbreit |
| 4 | | Katherine J. Odenbreit |
| | | kodenbreit@bpolawyers.com |
| 5 | | Barge, Petersen & Odenbreit LLP |
| 6 | | 18301 Von Karman Avenue, Suite 330 |
| | | Irvine, CA  92612 |
| 7 | | Attorneys for Plaintiffs |
| 10 | Dated: November 22, 2011 | Respectfully submitted, |
| 12 | | |
| 13 | | Wendy Sugg |
| | | wsugg@crowell.com |
| 14 | | Crowell & Moring LLP |
| 15 | | 3 Park Plaza, 20th Floor |
| | | Irvine, CA  926144 |
| 16 | | Attorneys for Defendant |

5

JOINT STIPULATION TO CONTINUE ALL CASE DEADLINES IN THE ACTION BY 60 DAYS IN ORDER TO ALLOW THE PARTIES TIME TO ENGAGE IN PRELIMINARY SETTLEMENT DISCUSSIONS /SACV 11-01388-DOC (RNBx)