Hunt Ortmann Palffy Nieves Darling & Mah, Inc.
301 North Lake Avenue, Seventh Floor
Pasadena, California 91101
Tel 626-440-5200 • Fax 626-796-0107

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DALAL ABEDRABO, STEPHEN CORONADO, SHANTAL CORRAL, DAVID FLORES, BRIAN HICKS and ABDUL H. KAKAR, RONALD ACERO, MIGUEL ALVARADO, RAYMOND AMADSO, MARJAN AMIRIDAVANI, JEFFREY AMO, DAVID ANAYA, TONNY ANDES, BRYAN ANDRADE, NII OBLIE ARDAYFIO, FRED ASSI, JACOB BELMONTES, RAFAEL BERRIOS, CASEY BLACK, BRYAN BLUMENSHINE, ARCHIE BOOKER, MARVELL BOWLES, CASEY BROWN, DAVID BULLOCK, MICHAEL BURKE, JEREMIE BUTLER, DAVID BUTLER JR., ELEXIS BUTTER, JASON CAMPOS, YOLANDA CARBAJAL, GERMAIN CARRENO, RYAN CASH, OLIVER CAYTON, LADELL CLARK, KEITH CLEMENTS, BRYAN COLEMAN, RYAN COLLINS, PHYLLIS CONWAY, DOMENICA CORONEL, MIRIAM COURTNEY, EBONY COVINGTON, KELLY COX, DEANNA D'ADDARIO, DORY DALLUGGE, DAVID DAVIS JR., JACQUELINE DE PUCCI, JUAN DELGADO, ARNOLD DIAZ, ALEX DAI DO, MICHAEL DONG, CHRISTINE DONGELL, MOHAMED ELHOSAINY, NASHWA ELKHATTA, RANI ELSAADI, RODNEY ESPINAL, GABRIEL | Case No. SACV 11-01388 VAP (OPx)<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT OF INDIVIDUAL FLSA CLAIMS AND ORDER OF DISMISSAL**<br><br>Judge: Hon. Virginia A. Phillips<br><br>Date:       July 29, 2013<br>Time:      2:00 p.m.<br>Crtrm.:     2 |

Hunt Ortmann Palffy Nieves Darling & Mah, Inc.
301 North Lake Avenue, Seventh Floor
Pasadena, California 91101
Tel 626-440-5200• Fax 626-796-0107

| | |
|---|---|
| 1 | ESTRADA, NICHOLAS FENNESSY, NOEMI FLORES, TERESA FLORES, |
| 2 | CHARLES FONSECA, JERED FRIEDLAND, SHAUNA FROST, |
| 3 | LESLIE FUENTES, JUAN M. GALLEGOS, THEODORE GALLO, |
| 4 | TINA GAMBRELL, BETTY GARY, AMANDEEP GILL, CHARANPREET |
| 5 | GILL, LOUIS GILSON, MIERAF GIRMA, CHRISTOPHER GOLDEN, |
| 6 | ASHLEY GOMEZ, JIM GOMEZ, RYAN GONSALVES, RAYMOND |
| 7 | GONZALES, JENNIFER GONZALEZ, CHRIS GRADO, KUMAYA GRANT, |
| 8 | KELLY GRIFFIN, ANTHONY GUIDRY, HEATHER GUTIERREZ, |
| 9 | YARA GUZMAN, ZULFIKHAR HAI, MAHRISSA HANSEN, STANLEY |
| 10 | HANSEN, PAUL HANSEN-CUZICK, JASON G. HARRIS, ASIF HASSAN, |
| 11 | ANDREW HEBENSTREIT, CHRISTOPHER HELDOORN, |
| 12 | JANICE HEREDIA, JUAN HERNANDEZ, MICHAEL |
| 13 | HERVILLA, KEVIN HO, LAM HOANG, DAVID HOBDY, AARON |
| 14 | HODGES, EDIE HOGAN, PREVIN HOLLINGSWORTH, KAREN HOOK, |
| 15 | KARL HORNE, LILLIAN HUANG, JONATHAN HUGGER, TAYLOR |
| 16 | HUNT, BRIANA ISIDRO, JASON JACKSON, DANIEL JAMES, |
| 17 | ELDRIDGE JOHNS, DANNIE JOHNSON, JEREMY JONES, |
| 18 | MARCUS KAM, ERIK KARIBKHANYAN, HUY KIEU, |
| 19 | KELLY KLOCKENTEGER, ADAM KOBI, JASON LAUTENSCHLEGER, |
| 20 | BILLY LEI, SABRINA LEVENGOOD, MIGUEL LOPEZ, |
| 21 | COLIN LOYD, DANIEL LUGIOYO, STEPHANIE LYNN (PANOSKI), |
| 22 | SUZETTE MAGGIORE, WASSIM MANAA, SHEENA MANIMTIM, |
| 23 | CHRISTOPHER MANN, KURTIS MARTIN, CHRISTOPHER |
| 24 | MARTINEZ, ELI MARTINEZ, MARIO MARTINEZ, CHRISTINA |
| 25 | MATTHEWS, JAMIE MCKEE, KELLY MEDEIROS, ALBERTO |
| 26 | MEDRANO, ANGELA MEISNER, VERONICA MENDOZA, LISA |
| 27 | MEYER, TIMOTHY MEYER, HESSAM MOHAMMADI, JOHN |
| 28 | MOLLE, MARCO MONTES, DENISE |

Hunt Ortmann Palffy Nieves Darling & Mah, Inc.
301 North Lake Avenue, Seventh Floor
Pasadena, California 91101
Tel 626-440-5200• Fax 626-796-0107

| | |
|---|---|
| 1 | MORGAN, BRADLEY MOTON, MARC MYERSON, TENIKA |
| 2 | NELSON, RHIANNON NIX, ANTHONY JOHNSON-NYSER, |
| 3 | PATRICK OLIVA, CUONG ONG, ARMANDO ORTIZ, VANESSA |
| 4 | ORTIZ, SUREN PLAVJIAN, GRANT POGHOSYAN, ALFONSO |
| 5 | QUINTERO, JONATHAN QUINTERO, KHURAM RAJA, |
| 6 | VANESSA RAMIREZ, SUKHCHAIN RANDHAWA, JASON RATZLAFF, |
| 7 | JASON REYES, JEREMY RICHARDSON, HECTOR RIVERA, |
| 8 | JOSE RODRIGUEZ, DALEN ROLFE, THOMAS ROMERO, CESAR RUIZ, |
| 9 | HAMZA SABHA, OMAR SABHA, MELISSA SALCIDO, RAFAEL |
| 10 | SALGADO, NICHOLAS SANTOS, ARIE SATARI, WALTER |
| 11 | SCHOONMAKER, ERIC SCHUERMANN, AARON |
| 12 | SCHULMAN, TAMARA SCOTT, AMBER SEGURA, GUY S. |
| 13 | SENDELSKY, ABDULLAH SERHAL, TREVOR SHUFF, MARILYN |
| 14 | SIMEON, BILLY SIMMS, CATHERINE SIMS, MIAH SIMS, |
| 15 | TANYA SLANKARD, TIFFANY SMITH, FLORDELIZ SPARKS, |
| 16 | CHRISTOPHER STEPHENS, JASON STRAND, TOMMY STYLES, |
| 17 | MICHAEL SULLIVAN, JUBEDA SULTANA, JONATHAN TAM, |
| 18 | SCOTT TANIMOTO, ISAAC TANNER, PHUONG TONG, ASHLEY |
| 19 | TORRES, MARIO TORRES, WENDY TRAMMER, JOYCE TRAVIS, |
| 20 | JAMALA VAIL, RUBEN VALDEZ, LISA VALLE, KEVIN VINCENT, |
| 21 | MICHAEL VISCARA, CHEUK WAN, DIANE WASSERMAN, TIMOTHY |
| 22 | WHICKER, TRIVAIRE WILLIAMS, MARIA WILSON, MEGAN WILSON, |
| 23 | FRAZIER WONG, BODIE WOOD, I'LA WYLIE, SHIRZAD YAMINI, |
| 24 | MAHBOD ZARGAR, JESUS ZEPEDA, ROBERT FLEK, VINCENT |
| 25 | ORTIZ, JEREMY FARINAS, IRIS L. CURIEL, GEORGE TOMICH, |
| 26 | JEREMY DUNLAP, DAISHA JIMINEZ, LORI DEILY, HECTOR |
| 27 | HERNANDEZ, LEIVA (CASTRO) VIRGINIA, REGINA BARRON, |
| 28 | DEANNA ORTEGA, JENNIFER |

Hunt Ortmann Palffy Nieves Darling & Mah, Inc.
301 North Lake Avenue, Seventh Floor
Pasadena, California 91101
Tel 626-440-5200• Fax 626-796-0107

| | |
|---|---|
| 1 | SERRANO, JANET CARRILLO, SANDRA MEJORADO-RODRIGUEZ, NAI SAEPHAN, HAMID AIMAQ, JOSE VELASQUEZ, AARON JUDD, AARON PLACENCIA, RAY SHIH, CORINA MARTINEZ, EMILY HENRY, YOUNG KIM, JUNER VALENCIA, ROBIN OEHRLEIN (DeVADER), SHANI HAWKINS, ANGEL RUIZ, DAVID CARR, WALTER BRIDGES, II, DARRION REYNOLDS, KIEEM BAKER, DANIEL GRIJALVA, RAMIRO LOPEZ, PABLO DAVILA, RODIN McNERNEY, EDUARDO CONTRERAS, MARK STEPHENS, SHELVIN KOSHY, MICHAEL TRIEU, JERRON MITCHELL, MONICA WRIGHT, ORLANDO SANTANA, IGOR BRENER, SYDNEE MARTIN, RICKY DANG. KEISHA GERMAINE, STEVE CHOI, PRISCILLA HERNANDEZ, MIGUEL G. LOPEZ, SINGH BALINDER, THOMAS VILLA, JONJAQUES FAJARDO, RICHARD PURVES, JONATHAN MANCHA, PATRICK KUCERA, RENE GUTIERREZ, RICHARD MATLIN, JON GAVERO, LENNY WILLIAMS, SHANE BURROWS, RANDY CARRILLO, BRIAN BELLEROSE, JUSTICE OJO, LISSETTE GARCIA, IZABELLE PALOMINO, JOHN PAUL MELENDRES, JAGDEEP SEKHON, MARCUS ROMERO, TYLER LAUGHTER, CARLOS PERES, VANESSA CHERI GONZALES, JONATHAN BARRERA, OSCAR VALLES, MICHELLE CRUZ, RUSSELL GILLO, BRIAN DALTON, JESSE CYTRON, RICHARD JIMENEZ, SUSAN MILAM, FREDDIE YOUNG, RAJ PONNIAH, ALFREDO ROQUE, HAROLD SOTO, JESSICA ROLLOLAZO, DANA HOGAN, FRANCISCO GUITIERREZ, FRANCIS BAKER, DAVID CARO-GREENE, ERNESTO VASQUEZ, IRVYN GAXIOLA, NOEMI CAMPOS, FALLET ROCHA, GERARDO ZAVALA, ABRAHAM |

HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, SEVENTH FLOOR
PASADENA, CALIFORNIA 91101
Tel 626-440-5200• Fax 626-796-0107

GODINEZ, and SERGIO GUERRERO

    Plaintiffs,

vs.

AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company and DOES 1-10,

    Defendants.

## **ORDER OF DISMISSAL**

This matter is before the Court upon a Joint Stipulation for Approval of Settlement and Dismissal With Prejudice filed by all Parties. The Court has carefully reviewed said Joint Stipulation, the Parties' Settlement Agreement and related documents and is otherwise fully advised thereof.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Approval of Settlement filed herein by the Parties is hereby approved by the Court.

2. The Action as it relates to all Plaintiffs with the exception of Karen Hook is hereby **DISMISSED** with prejudice.

3. If not already done by the date of this Order, Counsel for Plaintiffs will file with the Court a Request to Withdraw As Counsel for Plaintiff Karen Hook no later than 7 days from the date of this Order.

4. The Parties shall present a copy of this Order to the third party claims administrator, which shall then perform its duties pursuant to the Settlement Agreement and instructions jointly from counsel.

//
//
//

5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Parties' Settlement Agreement.

**IT IS SO ORDERED:**

DATED: _____

    _____
    VIRGINIA A. PHILLIPS
    JUDGE OF THE UNITED STATES
    DISTRICT COURT

HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, SEVENTH FLOOR
PASADENA, CALIFORNIA 91101
Tel 626-440-5200 • Fax 626-796-0107

560811.1 kjo 3732.010
DCACTIVE-23906700.1

6

[PROPOSED] ORDER OF DISMISSAL