UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALAL ABEDRABO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AT&T MOBILITY SERVICES, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND DOES 1-10,<br><br>　　　　Defendants. | Case No. SACV 11-01388-VAP (OPx)<br><br>**JUDGMENT AS TO ALL PLAINTIFFS EXCEPT PLAINTIFF KAREN HOOK** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE as to all Plaintiffs (except Plaintiff Karen Hook), pursuant to the settlement agreement. The Court orders that such judgment be entered.

Dated: July 30, 2013

　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge